UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                                      NO. 24-155

CHRISTIAN CONRAD CLAUS                        SECTION "R" (2)

## **ORDER AND REASONS**

Upon consideration of defendant's motion for an extension,[1] the Court GRANTS IN PART the motion.

The deadline for the defense to disclose the identities of any experts that it intends to call at trial, with the information listed in Fed. R. Crim. P. 16(b)(1)(c)(iii) is extended by two weeks to February 9, 2026. The deadline for a party to propose an additional expert in response to identification of experts by its opponent with the information listed in Fed. R. Cr. P. 16(a)(1)(G)(iii) or (b)(1)(C)(iii) is extended by two weeks to February 16, 2026. The deadline to file any motion to exclude experts other than Amanda Winstead is extended to February 23, 2026. Any responses shall be due March 2, 2026.

---

[1]       R. Doc. 74.

The deadline for defendant to propose exhibit lists is extended to February 9, 2026.  The government shall file any objections to any proposed exhibits by February 16, 2026, and the defendant's response shall be filed by February 23, 2026.

The deadlines associated with the government's exhibits shall remain as listed in the scheduling order.  That is, the government shall disclose its proposed exhibit list by January 26, 2026; defendant shall file any objections by February 2, 2026; and the government's response shall be filed by February 9, 2026.

New Orleans, Louisiana, this 23rd day of January, 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE