**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**                    **CRIMINAL ACTION**

**VERSUS**                                                      **NO. 24-155**

**CHRISTIAN CONRAD CLAUS**                     **SECTION: D (2)**

**ORDER AND REASONS**

Before the Court is a Motion for Issuance of a Rule 17 Subpoena filed by the Defendant Christian Conrad Claus.[1] The Government has filed a response in opposition.[2] Defendant seeks a subpoena to compel the testimony of FBI Special Agent Brent Korhn at a suppression hearing on May 26, 2026.[3]

"Generally, Rule 17(a) subpoenas may issue where a defendant seeks testimony that is relevant and material to the issue being litigated."[4] The decision to grant or deny a motion under Fed. R. Crim P. 17(b) is "vested in the sound discretion of the trial court,"[5] which is "is narrowed by the defendant's Fifth and Sixth Amendment rights."[6] The statements at issue in the present Motion to Suppress were made to Special Agent Korhn, and Defendant avers that the subpoena *ad testificandum* is necessary to "establish the coercive circumstances surrounding [Defendant's] June 25, 2021 statement."[7]

Accordingly,

---

[1] R. Doc. 141.

[2] R. Doc. 144.

[3] R. Doc. 141 at p. 1.

[4] *United States v. Bebris*, 4 F.4th 551, 559 (7th Cir. 2021) (citing *Stern v. U.S. Dist. Ct. for Dist. of Mass.*, 214 F.3d 4, 17 (1st Cir. 2000)).

[5] *United States v. Bowman,* 636 F.2d 1003, 1013 (5th Cir.1981).

[6] *United States v. Howard*, No. CRIM.A. 12-1, 2014 WL 1249512, at *1 (E.D. La. Mar. 26, 2014) (Feldman, J.).

[7] R. Doc. 141 at p. 3.

**IT IS HEREBY ORDERED** that the Motion[8] is **GRANTED**. A subpoena shall issue.[9] Any objection as to the Special Agent's testimony itself will be addressed during the hearing.

New Orleans, Louisiana, May 22, 2026.

_____
**WENDY B. VITTER**
**United States District Judge**

---

[8] R. Doc. 141.
[9] R. Doc. 141-2.