**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

UNITED STATES                                    CRIMINAL NO. 24-155

VS.                                              JUDGE WENDY B. VITTER

CHRISTIAN CLAUS                                  MAGISTRATE   JUDGE DONNA
                                                 PHILLIPS CURRAULT

---

**REQUEST FOR SUBPOENAS**

Comes now Christian Conrad Claus who, through undersigned counsel, submits this request that subpoenas be issued for certain individuals on the defense's proposed amended witness list, R. Doc. 173, and that these witnesses be ordered to appear for trial in this matter.

Two of the witnesses—Sonia Luha and Darrell Jones—reside out of state. Mr. Jones investigated the fraudulent insurance claims on behalf of Parker Loss Consultants at issue in the instant case. The Government includes Mr. Jones on its witness list, but Mr. Claus requests a subpoena be issued out of an abundance of caution. Ms. Luha resides in Nevada. Ms. Luha, owner of Sonia's Tax Services, provided statements to the FBI regarding Michael Schofield's tax filings in 2021. Specifically, Ms. Luha told the FBI about discrepancies between what Schofield told her in contrast to the documents he provided; his rush to get the taxes done as quickly as possible before meeting with the FBI about the instant case; and her suspicions of his financial improprieties, which were supported by Schofield's records. Her testimony is essential; thus, Mr. Claus respectfully requests that service be effectuated on her and her appearance ordered.

The subpoenas are requested for:

1. Samuel Bisco
2. Jennifer Reinmiller
3. Robert Baehr
4. Roy Guggenheim
5. Efraim Rothschild

1

6. Michael Duzmal
7. Tiffany Rothschild
8. James Young
9. John Thomas
10. Anthony "Buddy" Micheau
11. Lynne Lightfoot
12. Claude Kelly
13. Curt Reinmiller
14. Sonia Luha
15. Darrell Jones

Respectfully submitted,

Meghan Kinney Matt (#39975)
Christopher J. Murell (#32075)
MURELL LAW FIRM
4005 St. Claude Ave.
New Orleans, LA 70117
225.413.0463 (MKM Cell)
504.717.1297 (CJM Cell)
meghan@murell.law
chris@murell.law

ATTORNEYS FOR MR. CLAUS

## CERTIFICATE

I hereby certify that a copy of the foregoing pleading was served upon the Court and opposing counsel on the day it was filed through the ECF system.

New Orleans, Louisiana this 11th day of June, 2026.

MEGHAN KINNEY MATT

2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES**                    **CRIMINAL NO. 24-155**

**VS.**                              **JUDGE WENDY B. VITTER**

**CHRISTIAN CLAUS**                  **MAGISTRATE   JUDGE DONNA PHILLIPS CURRAULT**

---

## ORDER

Considering Mr. Claus' Request for Subpoenas, the request is hereby GRANTED.

This the _____ day of _____, 2026.

_____
Honorable Wendy B. Vitter
Eastern District of Louisiana

3