AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   24-155 |
| Christian Conrad Claus | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Samuel Biscoe, Badge No. 2288
via Management Services Bureau
1615 Poydras St.
New Orleans, LA 70112

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | 500 Poydras St.<br>New Orleans, LA 70130 | Courtroom No.: C368 |
|---|---|---|
| | | Date and Time: Tuesday, June 23, 2026 at 8:30 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Christian Conrad Claus
_____ , who requests this subpoena, are:

Christopher Murell and Meghan Matt of Murell Law Firm

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.    24-155

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❒  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:
IMPORTANT: Upon receipt of this subpoena, please contact counsel for the Defendant to confirm receipt and   obtain
additional information regarding your appearance, scheduling, and trial logistics. Please contact:

Meghan Matt
Cell: (225) 413-0463
Email: meghan@murell.law

or

Christopher Murell
Cell: (504) 717-1297
Email: chris@murell.law